Veranika VANCHUK, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 12–1918.

United States Court of Appeals, Fourth Circuit.

Submitted: March 5, 2013.

Decided: March 14, 2013.

Jason A. Dzubow, Dzubow & Pilcher, PLLC, Washington, D.C., for Petitioner. Stuart F. Delery, Principal Deputy Assistant Attorney General, William C. Peachey, Assistant Director, Jem C. Sponzo, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veranika Vanchuk, a native of the Soviet Union and a citizen of Belarus, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.2(a), (c) (2012). Accordingly, we deny the petition

for review for the reasons stated by the Board. *In re: Vanchuk* (B.I.A. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*